# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In re: §
§
GATSBYS MEN WEAR, LLC § Case No. 17-10785 TMD
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 06/26/2017. The case was converted to one under Chapter 7 on 04/29/2019. The undersigned trustee was appointed on 05/01/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $     8,700.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

    Leaving a balance on hand of[1]             $     8,700.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/06/2019 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,620.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,620.00 , for a total compensation of $ 1,620.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 465.10 , for total expenses of $ 465.10 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/25/2019   By:/s/RANDOLPH N. OSHEROW
                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No: 17-10785 TMD Judge: Tony M. Davis - Austin
Case Name: GATSBYS MEN WEAR, LLC

Trustee Name: RANDOLPH N. OSHEROW
Date Filed (f) or Converted (c): 04/29/19 (c)
341(a) Meeting Date: 05/31/19
For Period Ending: 09/25/19
Claims Bar Date: 08/06/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wells Fargo checking ending 0225 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Wells Fargo checking ending 6181 | 0.00 | 0.00 | | 0.00 | FA |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 5. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. Security deposit Hill Country Galleria | 3,777.68 | 3,777.68 | | 0.00 | FA |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. Internet domain names and websites http://www.gatsbysclothier.com | 1.00 | 1.00 | | 0.00 | FA |
| 14. Preferential transfer claims/creditors<br>   Ram Capital Funding, LLC<br>   Swift Capital<br>   Ace Funding Source<br>   Everest Funding<br>   Yellowstone Capital<br>   Payment Pro Sytems, LLC<br>   White Oak aka Capital Business Credit<br>   Capital Stack LLC<br>   Quarter Spot<br>   Kash Capital<br>   Cap Call, LLC | Unknown | 0.00 | | 0.00 | FA |
| 15. Refund of $5000 Legal Fees Frederick E Walker (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 16. CSH HCG RETAIL LLC REFUND (u) | 0.00 | 3,700.00 | | 3,700.00 | FA |
| 17. WELLS FARGO CHECKING ENDING 6172 | 0.00 | 0.00 | | 0.00 | FA |
| 18. WELLS FARGO CHECKING ENDING 6164 | 0.00 | 0.00 | | 0.00 | FA |
| 19. KASH CAPITAL LLC DEFAULT JUDGMENT LISTED AT $6000.00 | 6,000.00 | 0.00 | | 0.00 | FA |
| 20. POWERLINE DEFAULT JUDGMENT LISTED AT $6664.00 | 6,664.00 | 0.00 | | 0.00 | FA |
| 21. ASSURE FUNDING LLC DEFAULT JUDGMENT LISTED AT $1100 | 1,100.00 | 0.00 | | 0.00 | FA |
| 22. ML FACTORS FUNDING LLC LISTED AT $35,000 | 35,000.00 | 0.00 | | 0.00 | FA |
| 23. ASSURE DEFAULT JUDGMENT LISTED AT 5275 | 5,275.00 | 0.00 | | 0.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $57,817.68     $12,478.68     $8,700.00     $0.00

(Total Dollar Amount in Column 6)

PFORM1 UST Form 101-7-TFR (5/1/2011) *(Page: 3)*     Ver: 22.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 17-10785  TMD  Judge: Tony M. Davis - Austin | Trustee Name: RANDOLPH N. OSHEROW |
| Case Name: | GATSBYS MEN WEAR, LLC | Date Filed (f) or Converted (c): 04/29/19 (c) |
| | | 341(a) Meeting Date: 05/31/19 |
| | | Claims Bar Date: 08/06/19 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/20      Current Projected Date of Final Report (TFR): 12/31/20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 17-10785 | Trustee Name: | RANDOLPH N. OSHEROW |
| --- | --- | --- | --- |
| Case Name: | GATSBYS MEN WEAR, LLC | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******0374 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9902 |  |  |
|  |  | Blanket Bond (per case limit): | $ 66,500,000.00 |
| For Period Ending: | 09/25/19 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/23/19 | 15 | FRED A. WALKER, P.C. ATTORNEY AT LAW | REFUND LEGAL FEES FRED WALKER | 1290-000 | 5,000.00 | | 5,000.00 |
| 06/24/19 | 16 | CSH HCG RETAIL LLC | CSH HCG RETAIL LLC REFUND | 1290-000 | 3,700.00 | | 8,700.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 8,700.00 | 0.00 | 8,700.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,700.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,700.00 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0374 | 8,700.00 | 0.00 | 8,700.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,700.00 | 0.00 | 8,700.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     8,700.00     0.00

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 22.02b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 25, 2019 |
|---|---|---|---|---|---|---|

Case Number: 17-10785  
Debtor Name: GATSBYS MEN WEAR, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000027<br>002<br>6700-00 | Jane Allen CPA<br>907 RR 620 S, #302<br>Austin, TX 78734 | Administrative | (27-1) Accounting Services<br>Accountant for Debtor Company. | $3,178.00 | $3,178.00 | $3,178.00 |
| 000030<br>001<br>2950-00 | United States Trustee<br>903 San Jacinto Blvd., Room 230<br>Austin, TX 78701 | Administrative | | $0.00 | $4,716.28 | $4,716.28 |
| | Subtotal for Class Administrative | | | $3,178.00 | $7,894.28 | $7,894.28 |
| 000001<br>050<br>4210-00 | Capital Stack LLC<br>11 Broadway, Ste 814<br>New York, NY 10004 | Secured | (1-1) Account Number (last 4 digits):9902<br>claim withdrawn | $0.00 | $23,555.88 | $0.00 |
| 000002<br>050<br>4210-00 | Capital Stack, LLC<br>The Rubin Law Firm, LLC<br>11 Broadway, Suite 814<br>New York, NY 10004 | Secured | (2-1) Duplicates claim #1<br>(2-1)<br>Account Number (last 4 digits):0257 | $0.00 | $23,555.88 | $0.00 |
| 000009<br>050<br>4210-00 | JPMorgan Chase Bank, N.A.<br>Vincent Serafino Geary Waddell Jenevein,<br>1601 Elm Street, Ste. 4100<br>Dallas, TX 75201 | Secured | | $0.00 | $476,148.21 | $0.00 |
| 000010<br>050<br>4210-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Secured | | $0.00 | $134,035.19 | $0.00 |
| 000015<br>050<br>4700-07 | Travis County<br>c/o Kay D. Brock<br>P.O. Box 1748<br>Austin, TX 78767 | Secured | | $0.00 | $5,008.62 | $0.00 |
| 000023<br>050<br>4700-07 | Travis County<br>c/o Kay D. Brock<br>P.O. Box 1748<br>Austin, TX 78767 | Secured | | $0.00 | $5,915.47 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $668,219.25 | $0.00 |
| 000011A<br>051<br>5800-00 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Priority | (11-1) CLAIM W/DRAWN AS PER 2/21/19 LTR.. | $0.00 | $22,371.74 | $0.00 |
| 000013<br>051<br>5800-00 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>PO Box 12548 | Priority | (13-1) CLAIM W/DRAWN AS PER 2/21/19 LTR.. | $0.00 | $2,483.89 | $0.00 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: September 25, 2019 |

Case Number:   17-10785  
Debtor Name:   GATSBYS MEN WEAR, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Austin TX 78711-2548 | | | | | |
| 000028 051 5800-00 | Comptroller of Public Accounts c/o Office of the Attorney General Bankruptcy - Collections Division MC-008 PO Box 12548 Austin TX 78711-2548 | Priority | (28-1) Sales and Use Tax. 151 (321, 322, 323) | $0.00 | $2,200.30 | $2,200.30 |
| | Subtotal for Class Priority | | | $0.00 | $27,055.93 | $2,200.30 |
| 000004 070 7100-00 | Waterside Brands Inc c/o Andrea Pack, Fish Hippie PO Box 631 Mount Airy, NC 27030 | Unsecured | | $0.00 | $5,957.55 | $5,957.55 |
| 000005 070 7100-00 | Genesco Inc - DBA Johnston & Murphy / Trask 1415 Murfreesboro Rd Ste 410 Nashville, TN 37217 | Unsecured | (5-1) Account Number (last 4 digits):7387 | $11,204.42 | $11,204.42 | $11,204.42 |
| 000006 070 7100-00 | DDMG Inc aka David Donahue Inc. 901 Penhorn Ave Unit 8 Secaucus, NJ 07094 | Unsecured | (6-1) Account Number (last 4 digits):S001 | $4,467.35 | $4,467.35 | $4,467.35 |
| 000007 070 7100-00 | Oxford Industries 999 Peach Tree St NE, Ste 688 Atlanta, GA 30309 | Unsecured | | $211,685.41 | $211,685.41 | $211,685.41 |
| 000008 070 7100-00 | Robert Graham 264 West 40th St, 8th Floor New York, NY 10018 | Unsecured | duplicate of 24, deny | $32,696.39 | $32,696.39 | $0.00 |
| 000012 070 7100-00 | Toes On The Nose 1537 Monrovia Ave. Newport Beach, CA 92663 | Unsecured | filed as priority, goods sold, trustee reclassifying as unsecured | $2,443.04 | $2,443.04 | $2,443.04 |
| 000014 070 7100-00 | Insignia Dress c/o Commercial Collection Corp 34 Seymour St Tonawanda NY 14150 | Unsecured | | $0.00 | $2,291.43 | $2,291.43 |
| 000016 070 7100-00 | WH Clothiers Inc 59 East Broad St Hoschton, GA 30548 | Unsecured | | $4,517.25 | $4,517.25 | $4,517.25 |
| 000017 070 7100-00 | CSHV HCG Retail, LLC CBRE Asset Services c/o Preston Pillsbury 8080 Park Lane, Suite 800 Dallas, TX 75231 | Unsecured | | $0.00 | $20,528.60 | $20,528.60 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 25, 2019 |

Case Number: 17-10785  
Debtor Name: GATSBYS MEN WEAR, LLC  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 000018 070 7100-00 | Hickey Freeman 1155 CLinton Ave Rochester, NY 14621 | Unsecured (18-1) Account Number (last 4 digits):6043 | $15,129.24 | $15,129.24 | $15,129.24 |
| 000019 070 7100-00 | White Oak Commercial Finance, LLC 1155 Avenue of the Americas New York, NY 10036 | Unsecured claim has been amended to -0- | $0.00 | $0.00 | $0.00 |
| 000020 070 7100-00 | JZ Richards LTD 1880 S Flatiron Ct St H1 Boulder, CO 80301 | Unsecured | $9,735.09 | $9,735.09 | $9,735.09 |
| 000021 070 7100-00 | Swift Financial 3505 Silverside, Ste 200 Wilmington, DE 19810 | Unsecured | $0.00 | $43,510.42 | $43,510.42 |
| 000022 070 7100-00 | Euler Hermes NA Insurance Co Assignee for Throat Threads Apparel Inc. 1155 Boul, Rene Levesque West #2810 Montreal QC H3B 2L2 | Unsecured | $0.00 | $7,059.82 | $7,059.82 |
| 000024 070 7100-00 | Robert Graham Designs LLC 264 West 40th Street, 8th Floor Apt. # / Unit New York, NY 10018 | Unsecured duplicate of 8, allow | $0.00 | $47,150.08 | $47,150.08 |
| 000025 070 7100-00 | Hugo Boss 55 Water St., 48th Floor New York, NY 10041 | Unsecured | $11,500.00 | $12,404.73 | $12,404.73 |
| 000026 070 7100-00 | Toes On The Nose 1537 Monrovia Ave. Newport Beach, CA 92663 | Unsecured (26-1) See claim #12 duplicate of claim 12, deny | $0.00 | $2,443.04 | $0.00 |
| 000029 070 7100-00 | Coppley Ltd. 56 York Blvd Hamilton, ON, Canada L8R 0A2 | Unsecured (29-1) Account Number (last 4 digits):1327 | $16,403.00 | $14,991.53 | $14,991.53 |
| | Subtotal for Class Unsecured | | $319,781.19 | $448,215.39 | $413,075.96 |
| | Case Totals: | | $322,959.19 | $1,151,384.85 | $423,170.54 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-10785 TMD
Case Name: GATSBYS MEN WEAR, LLC
Trustee Name: RANDOLPH N. OSHEROW

Balance on hand $ 8,700.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Capital Stack LLC | $ 23,555.88 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Capital Stack, LLC | $ 23,555.88 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | JPMorgan Chase Bank, N.A. | $ 476,148.21 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | Atlas Acquisitions LLC | $ 134,035.19 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000015 | Travis County | $ 5,008.62 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000023 | Travis County | $ 5,915.47 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00
Remaining Balance $ 8,700.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RANDOLPH N. OSHEROW | $ 1,620.00 | $ 0.00 | $ 1,620.00 |
| Trustee Expenses: RANDOLPH N. OSHEROW | $ 465.10 | $ 0.00 | $ 465.10 |
| Fees: United States Trustee | $ 4,716.28 | $ 0.00 | $ 4,716.28 |

Total to be paid for chapter 7 administrative expenses $ 6,801.38
Remaining Balance $ 1,898.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Jane Allen CPA | $ 3,178.00 | $ 0.00 | $ 1,898.62 |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses | $ 1,898.62 |
| Remaining Balance | $ 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,200.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | Comptroller of Public Accounts | $ 0.00 | $ 0.00 | $ 0.00 |
| 000013 | Comptroller of Public Accounts | $ 0.00 | $ 0.00 | $ 0.00 |
| 000028 | Comptroller of Public Accounts | $ 2,200.30 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 413,075.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000004 | Waterside Brands Inc | $ 5,957.55 | $ 0.00 | $ 0.00 |
| 000005 | Genesco Inc - DBA Johnston & Murphy / | $ 11,204.42 | $ 0.00 | $ 0.00 |
| 000006 | DDMG Inc aka David Donahue Inc. | $ 4,467.35 | $ 0.00 | $ 0.00 |
| 000007 | Oxford Industries | $ 211,685.41 | $ 0.00 | $ 0.00 |
| 000008 | Robert Graham | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | Toes On The Nose | $ 2,443.04 | $ 0.00 | $ 0.00 |
| 000014 | Insignia Dress | $ 2,291.43 | $ 0.00 | $ 0.00 |
| 000016 | WH Clothiers Inc | $ 4,517.25 | $ 0.00 | $ 0.00 |
| 000017 | CSHV HCG Retail, LLC | $ 20,528.60 | $ 0.00 | $ 0.00 |
| 000018 | Hickey Freeman | $ 15,129.24 | $ 0.00 | $ 0.00 |
| 000019 | White Oak Commercial Finance, LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000020 | JZ Richards LTD | $ 9,735.09 | $ 0.00 | $ 0.00 |
| 000021 | Swift Financial | $ 43,510.42 | $ 0.00 | $ 0.00 |
| 000022 | Euler Hermes NA Insurance Co | $ 7,059.82 | $ 0.00 | $ 0.00 |
| 000024 | Robert Graham Designs LLC | $ 47,150.08 | $ 0.00 | $ 0.00 |
| 000025 | Hugo Boss | $ 12,404.73 | $ 0.00 | $ 0.00 |
| 000026 | Toes On The Nose | $ 0.00 | $ 0.00 | $ 0.00 |
| 000029 | Coppley Ltd. | $ 14,991.53 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE